# SMITH, SOVIK,
# KENDRICK & SUGNET, P.C.

ATTORNEYS AT LAW

**MEMO ENDORSED**

250 SOUTH CLINTON STREET, SUITE 600
SYRACUSE, NEW YORK 13202-1252

315-474-2911
INTERNET www.smithsovik.com

FACSIMILE: 315-474-6015

STEVEN WARD WILLIAMS
Voice Mail Extension 108
swilliams@smithsovik.com

JOHN THOMAS SMITH (1902-1964)
VERNON J. SMITH (1923-1967)
MARTIN F. KENDRICK (1917-1983)
LAURENCE SOVIK (1904-1998)

WILLIAM F. SUGNET, RETIRED
JAMES A. O'SHEA, RETIRED

LAWRENCE F. SOVIK
JAMES D. LANTIER
MICHAEL P. RINGWOOD
KEVIN E. HULSLANDER
ERIC D. JOHNSON
STEVEN WARD WILLIAMS
MARY KENDRICK-GAFFNEY
JAMES W. CUNNINGHAM
ROBERT P. CAHALAN
PATRICK B. SARDINO
BRANDON R. KING
BRITTANY BETHANY HOPE
KRISTIN L. NORFLEET
KRISTEN M. BENSON
DAVID A. D'AGOSTINO
AUDRA A. SEDELL
DANIEL R. RYAN
KELLY C. MURRAY
SUZANNE K. LEHMAN

October 2, 2007

*Conference adjourned to 11/7/07*

SO ORDERED:



*Richard M. Berman*
10/4/07  Richard M. Berman, U.S.D.J.

Honorable Richard M. Berman
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    Livingston v. Kate Morgan a/k/a Kevin and Marian Morgan
       07 CV 7835 (RMB) (KNF)

Dear Justice Berman:

     I received a correspondence from your chambers scheduling a conference in this new matter for October 9, 2007. Although filed, the complaint has not yet been served on defendants. This is because we plan to amend the complaint and serve both the original and the amended versions on defendants simultaneously. For this reason, I respectfully request that the conference for October 9 be rescheduled. I propose the following alternative dates for holding the conference: November 6-9, 2007. If any of those dates are not acceptable, I will of course accommodate the scheduling needs of the Court.

     Thank you for your attention to this matter.

Very truly yours,

Steven Ward Williams

/fg

**ALFA**
AMERICAN LAW FIRM
ASSOCIATION

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: 10/4/07

RECEIVED
OCT 04 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.