Case 1:07-cv-07835-RMB    Document 4    Filed 11/28/2007    Page 1 of 2

# SMITH, SOVIK, KENDRICK & SUGNET, P.C.

JOHN TIMOTHY SMITH (1902-1964)
NELSON J. SMITH (1923-1967)
MARTIN F. KENDRICK (1917-1983)
LAURENCE SOVIK (1904-1998)

WILLIAM E. SUGNET, RETIRED
JAMES A. O'SHEA, RETIRED

ATTORNEYS AT LAW

250 SOUTH CLINTON ST., SUITE 600
SYRACUSE, NEW YORK 13202-1252

**315-474-2911**
INTERNET www.smithsovik.com

LAURENCE F. SOVIK
JAMES D. LANTIER
MICHAEL P. RINGWOOD
KEVIN E. HULSLANDER
ERIC G. JOHNSON
STEVEN WARD WILLIAMS
MARY KENDRICK-GAFFNEY
JAMES W. CUNNINGHAM
ROBERT P. CAHALAN
PATRICK B. SARDINO
BRANDON R. KING
GABRIELLE MARDANY HOPE
KRISTIN L. NORFLEET
KRISTEN M. BENSON
DAVID A. D'AGOSTINO
ALICIA M. TISDELL
DANIEL R. RYAN
KELLY C. MURRAY
SUZANNE K. LEHMAN

FACSIMILE: 315-474-6015

STEVEN WARD WILLIAMS
Voice Mail Extension 108
swilliams@smithsovik.com

November 28, 2007

<u>Via Federal Express</u>

Alan L. Martini, SB No. 77316
Sheuerman, Martini & Tabari
1033 Willow Street
San Jose, CA 95125

    Re:    **Pete Livingston v. Keya Morgan a/k/a Keyarash Mazhari a/k/a Keya Mazhari, Keya Gallery**

Dear Mr. Martini:

    I represent Pete Livingston in a lawsuit he commenced against your clients, Keya Morgan and Keya Gallery in New York State. The complaint has been filed in the Southern District of New York. Consequently, the judge has scheduled a conference in the matter for this Friday, November 30, 2007, at 9:00 a.m. All parties are required to appear for the conference, and the conference will be held in the judge's chambers at:

    Honorable Richard M. Berman
    Southern District of New York
    United States Courthouse
    500 Pearl Street, Room 650
    New York, NY 10007

    The aforementioned conference has been adjourned on several occasions due to the difficulties we have been having in personally serving your clients. Apparently, the many addresses Keya Morgan uses are either not his address or are simply post office boxes. I am therefore serving the enclosed summons and complaint and amended summons and complaint on you. I trust you will accept service on behalf of your clients, Keya Morgan and Keya Gallery. Further, I trust you will advise your clients of the conference scheduled for Friday. If I am incorrect on any of that, please let know as soon as possible so I can advise the Court of the situation.



ALFA
AMERICAN LAW FIRM
ASSOCIATION

Case 1:07-cv-07835-RMB    Document 4    Filed 11/28/2007    Page 2 of 2

SMITH, SOVIK, KENDRICK & SUGNET, P.C.

November 28, 2007
Page 2


Thank you for your attention to this matter.

Very truly yours,

Steven Ward Williams

/fg
Enclosures