| | |
|---|---|
| PETE LIVINGSTON | Index #: 07 CV 7835 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| KEYA MORGAN A/K/A KEYARASH MAZHARI A/K/A KEYA MAZHARI, KEYA GALLERY | **AFFIDAVIT OF DUE DILIGENCE** |
| Defendant(s) | Attorney File #1: 0722690 |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

LEGAL WORKS requested that I serve a copy of the SUMMONS & COMPLAINT & LETTER in the above action for personal service upon KEYA MORGAN A/K/A KEYARASH MAZHARI A/K/A KEYA MAZHARI, KEYA GALLERY at

140 EAST 56TH STREET APT 7G
NEW YORK, NY 10022

Your deponent made proper and diligent effort to serve said process on the above named person(s). I went to the aforementioned address on

November 27 2007 7:00 pm and was unable to serve defendant. Found defendant to be not known. Found no listing of defendant at said address. Per building concierge, I was told no such tenant known. Concierge stated the current tenant in apt. # 7G is an asian female.

Your deponent verily believes that he will be unable to effect personal service upon the above named person(s) herein, although your deponent made due and diligent efforts to effect same.

Sworn to me on: November 28, 2007

| | | | |
|---|---|---|---|
| Linda Forman | Robin M. Forman | Larry Yee | **BYRAN E. MCELDERRY** |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 869802 |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | Docket #: 524509 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | |

PETE LIVINGSTON

                                Plaintiff(s)

                - against -

KEYA MORGAN A/K/A KEYARASH MAZHARI A/K/A KEYA MAZHARI, KEYA GALLERY

                              Defendant(s)

Index #: 07 CV 7835

Date Filed:

**AFFIDAVIT OF DUE DILIGENCE**

Attorney File #1: 0722693

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAVID GOLDBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

LEGAL WORKS requested that I serve a copy of the SUMMONS & COMPLAINT & LETTER in the above action for personal service upon KEYA GALLERY at

14 WALL STREET
NEW YORK, NY 10005

Your deponent made proper and diligent effort to serve said process on the above named person(s). I went to the aforementioned address on

November 27 2007 11:35 am, November 27 2007 3:00 pm, and November 28 2007 9:42 am and was unable to serve defendant. At said address appears to be a mail drop only. Building concierge told me defendant was on the 20th floor. There is no building directory. On the 20th floor there was only one receptionist named Renay Savino. She claimed defendant rents office space here only to receive mail and she never sees anyone. She said she is not employed by defendant and not authorized to accept anything for them. On all attempts made, I was unable to find an authorized agent to receive same.

Your deponent verily believes that he will be unable to effect personal service upon the above named person(s) herein, although your deponent made due and diligent efforts to effect same.

Sworn to me on: November 28, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

DAVID GOLDBERG
License #: 916033
Docket #: 524513

| | |
|---|---|
| PETE LIVINGSTON<br><br>Plaintiff(s)<br><br>- against -<br><br>KEYA MORGAN A/K/A KEYARASH MAZHARI A/K/A KEYA MAZHARI, KEYA GALLERY<br><br>Defendant(s) | Index #: 07 CV 7835<br><br>Date Filed:<br><br>**AFFIDAVIT OF DUE DILIGENCE**<br><br>Attorney File #1: 0722690 |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CECIL HOLLOWAY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

LEGAL WORKS requested that I serve a copy of the SUMMONS & COMPLAINT & LETTER in the above action for personal service upon KEYA MORGAN A/K/A KEYARASH MAZHARI A/K/A KEYA MAZHARI, KEYA GALLERY at

6420 SAUNDERS STREET APT A19
REGO PARK, NY 11374

Your deponent made proper and diligent effort to serve said process on the above named person(s). I went to the aforementioned address on

November 29 2007 8:18 pm and November 29 2007 9:30 pm and was unable to serve defendant. At said address is an apartment building. The front entrance door was locked. On both attempts made, no one answered in apt. A19. On the first try, I was able to get into the bulding as there was a housing employee there. I went to apt. A19 and no one answered door. On the second attempt, no one answered when I buzzed apt. A19 and I was unable to gain admittance into the building.

Your deponent verily believes that he will be unable to effect personal service upon the above named person(s) herein, although your deponent made due and diligent efforts to effect same.

Sworn to me on: November 30, 2007

| Linda Forman<br>Notary Public, State of New York<br>No. 01FO5031305<br>Qualified in New York County<br>Commission Expires August 1, 2010 | Robin M. Forman<br>Notary Public, State of New York<br>No. 01FO6125415<br>Qualified in New York County<br>Commission Expires April 18, 2009 | Larry Yee<br>Notary Public, State of New York<br>No. 01YE5015682<br>Qualified in New York County<br>Commission Expires July 26, 2009 | CECIL HOLLOWAY<br>License #: 1104105<br>Docket #: 525520 |

ATTN: Steven Ward Williams, Esq.

RE: Pete Livingston v. Keya Morgan a/k/a Keyarash Mazhari a/k/a Keya Mazhari, Keya Gallery

As I see that you are having difficulty serving the defendant, you may be interested to know that his current residence is:

240 Central Park South
Apt 21D
New York, NY 10019

RECEIVED DEC 1 3 2007
SMITH, SOVIK, KENDRICK & SUGNET, P.C.