To: The Honorable Judge Richard M. Berman
From: Keya Morgan
Date: January 7, 2008, 3:59 Pm
Case number: 07cv7835

**MEMO ENDORSED**




Your Honor,

1. I just got back to the United States from San Juan in the Caribbean today and have my ticket as proof.

2. I have not been served yet, but have found out that an attorney is making false claims that I was served. Just got back to NYC so it impossible I could have been served. I called the attorney and told him that.

3. I ask your honor for some time so I can get the copies of the complaint from the courthouse and serve myself and also to find an attorney.

4. Prosay read me a small part of it and everything on it is 100% false. I am being sued by a very unethical individual who I do not even know. For the past 4 years this person harassed me and I truly believe this individual is mentally ill. I have received many death threats and all types of harassment from this person.

4. He claimed he served me in California last year and tried to get a default against me but the judge threw it out. I have the letter from the judge.

5. He and his attorney illegally stole and published my social security, date of birth and all my private information on the internet and the FBI, NYPD and a judge stopped him and took it off. I have the police report and the letter from a federal judge. As a result my identity was stolen and $28,000 of fraud was done against me.

6. The lawsuit is 100% malicious prosecution and he and his attorney told me so.

7. He tried to extort money out of me and threaten to have me shot if I did not give him $900,000 in cash. I made multiple police reports for that.

8. He is suing me for copyright infringement when I have never published anything of his.

9. Your Honor because my name is published frequently by the media and my involvement with hundreds of institutions and books, I am a very easy target for mentally ill individuals.

10. Prosay just told me that I have to hand in this letter now and only had a few minutes to write it, so please excuse anything I forgot to include. Thank you

Sincerely,

Keya Morgan
key15@aol.com

Keya Morgan
P.O.Box 8296
New York, NY 10116

THERE IS A CONFERENCE SCHEDULED ON 1/22/08 AT 9:15 A.M. IN COURTROOM 210.

SO ORDERED:
Date: 1/8/08
Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08