UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

LIVINGSTON                Plaintiff(s),

                    - v -                                        Case Management Plan

MORGAN                                                           07 CV. 7835 (RMB)

                    Defendant(s).
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)   Joinder of additional parties by _____

(ii)  Amend the pleadings by _____

(iii) All discovery to be **expeditiously** completed by  5/1/08 (Fact + Expert)

(iv)  Consent to Proceed before Magistrate Judge  ~~—~~

(v)   Status of settlement discussions  ~~—~~  5/5/08 @ 10:30 with principals

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions _____

(vii)  Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    ~~Trial~~  "Service made today = also to mail today"

(xi)   Other  Discovery issues + service issues to J. Fox
       Court will entertain default application, if appropriate

SO ORDERED:  New York, New York
             1/22/08

                                                        RMB
                                        _____
                                        Hon. Richard M. Berman, U.S.D.J.