

Kenneth R. Silverman, Esq.
Attorney for Defendants Keya Morgan
and Keya Gallery
32 Middagh Street, #16
Brooklyn, NY 11201
(718) 852-3082 - Phone and Fax

By Hand:

United States District Judge Berman/Magistrate Judge Fox
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Pete Livingston v. Keya Morgan a/k/a Keyarash
Mazhari a/k/a Keya Mazhari, Keya Gallery, Case
Number 07 CV 7835 (RMB) (KNF) - Request
for an extension of time to respond to the Complaint
in this action.

February 7, 2007

> Defense counsel is granted a 20 day extension to answer (or move pursuant to the Court's individual rules).
>
> SO ORDERED:
> Date: 2/7/08
> Richard M. Berman, U.S.D.J.

Dear Judge Berman/Magistrate Judge Fox:

I have just been retained by the defendants in this action, Keya Morgan and
Keya Morgan Gallery. As the deadline to respond to the Complaint is fast approaching,
(February 11), and I am unable at this immediate time to begin preparing a defense due to
other cases, I am asking the Court for an extension of the deadline. No previous requests
have been made. Opposing counsel does not consent, as his client did not give him
permission to do so.

Additionally, although I have not yet had time to fully review this matter, I have been
informed that there is ongoing motion practice concerning an Order of Dismissal of an
identical action in Northern California District Court, and a Hearing Date is scheduled
for March 14, 2008 before Judge Maxine Chesney (Case Number 06-02389 MMC). The
Docket report in the Northern District of California confirms that the Motion is indeed
scheduled (Report attached).

In the California action, defendant's attorney has made a motion to set aside a Corrected
Order of Dismissal. If that motion is successful, then I gather this case would become
moot, as the prior Order dismissed the case against all defendants with prejudice. Thus it
would seem logical to postpone this deadline until the above discussed motion is resolved
in the Northern California District Court. Moreover, the potential defenses and motion(s) the
defendants in this action will likely seek are very much affected by the outcome of the

pending motion. It also seems that a potential issue is raised regarding whether it was proper for plaintiff to begin an identical action in New York while a case in California was ongoing.

For all of the foregoing, Defendant requests that defendant's response to the Complaint in this Action be extended until twenty (20) days after the pending motion in Northern California District Court is decided, or whatever time period the Court deems just and proper.

Yours truly,

Kenneth R. Silverman
Attorney for Defendants
Keya Morgan and Keya Gallery

cc: Steven Ward Williams, Esq.
Attorney for Plaintiff
Smith, Sovik, Kendrick & Sugnet, P.C.
250 South Clinton Street
Syracuse, NY 13202
By Mail