UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETE LIVINGSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>KEYA MORGAN aka KEYARASH MAZHARI aka KEYA MAZHARI, KEYA GALLERY,<br><br>    Defendants. | Case No. 07 CV 7835 (RMB) (KNF) |

## NOTICE OF APPEARANCE

Please enter the appearance of Suzanne K. Lehman, of the firm, Smith, Sovik, Kendrick & Sugnet, P.C., as additional counsel of record for Plaintiff Pete Livingston in the above-captioned matter. Ms. Lehman was admitted to the practice of this Court on March 4, 2008. Steven Ward Williams of the firm Smith, Sovik, Kendrick & Sugnet, P.C. remains counsel of record for Plaintiff.

Dated: March 18, 2008

                                                          Respectfully submitted,

                                                          Suzanne K. Lehman (SL5218)

                                                          Smith, Sovik, Kendrick & Sugnet, P.C.
                                                          250 South Clinton Street
                                                          Suite 600
                                                          Syracuse, New York 13202
                                                          (315) 474-2911
                                                          Slehman@smithsovik.com

To:    Kenneth Silverman, Esq.
          32 Middagh St, #16
          Brooklyn, NY 11201