UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETE LIVINGSTON,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>KEYA MORGAN aka KEYARASH MAZHARI aka KEYA MAZHARI, KEYA GALLERY, AND DOES 1-100<br><br>　　　　Defendants. | Case No. 07 CV 7835 (RMB) (KNF)<br><br><br>**AFFIDAVIT OF SERVICE** |

Frances A. Gaglio, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside at Syracuse, New York.

On March 18, 2008, I served a true copy of Second Amended Summons and Complaint upon:

Kenneth R. Silverman, Esq.
Attorney for Defendants
32 Middagh Street, #16
Brooklyn, NY 11201

by depositing same enclosed in a postpaid properly addressed wrapper in an official depository of Federal Express in the City of Syracuse, New York that being attorney's last known address and place of business.

　　　　　　　　　　　　　　　　　　_/s/ Frances A. Gaglio_
　　　　　　　　　　　　　　　　　　Frances A. Gaglio

Sworn to before me this
20th day of March, 2008.

_/s/ Bridget M. Carlson_
Notary Public

BRIDGET M. CARLSON
Notary Public, State of New York
Qualified in Onon. Co. No. 4815660
My Commission Expires Oct. 31, 20__10