IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK.

| | | |
|---|---|---|
| PETE LIVINGSTON | ) | No. 07 CV 7835 (RMB) (KNF) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KEYA MORGAN, KEYA GALLERY | ) | |
| | ) | |

NOTICE OF APPEARANCE

Please enter the appearance of Kenneth R. Silverman, Esq. as counsel of record for Defendants KEYA MORGAN and KEYA GALLERY in the above-captioned matter.

Dated: March 30, 2008

Respectfully submitted,

_____
Kenneth R. Silverman, Esq.
Attorney for Defendants Keya Morgan and Keya Gallery
32 Middagh Street, #16
Brooklyn, NY 11201
(718) 852-3082
roundstein@netscape.com

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK.

| | | |
|---|---|---|
| PETE LIVINGSTON | ) | No. 07 CV 7835 (RMB) (KNF) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KEYA MORGAN, KEYA GALLERY | ) | |

NOTICE OF APPEARANCE

Please enter the appearance of Kenneth R. Silverman, Esq. as counsel of record for Defendants KEYA MORGAN and KEYA GALLERY in the above-captioned matter.

Dated: March 30, 2008

Respectfully submitted,

_____
Kenneth R. Silverman, Esq.
Attorney for Defendants Keya Morgan and Keya Gallery
32 Middagh Street, #16
Brooklyn, NY 11201
(718) 852-3082
roundstein@netscape.com