Kenneth R. Silverman, Esq.
Attorney for Defendants Keya Morgan
And Keya Gallery
32 Middagh Street, #16
Brooklyn, NY 11201
(718) 852-3082

_____ ___X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

PETE LIVINGSTON,

       Plaintiff

v.

KEYA MORGAN AND KEYA
GALLERY,
      Defendants,
_____X

ELECTRONICALLY FILED

No. 07 CV 7835 (RMB) (KNF)

DECLARATION OF KENNETH R.
SILVERMAN IN SUPPORT OF
DEFENDANT KEYA MORGAN
AND KEYA GALLERY'S
MOTION TO DISMISS

I, Kenneth R. Silverman, declare:

1. I am the attorney in this action for the defendants Keya Morgan and Keya Gallery. I am licensed to practice law in the United States District Court, Southern District of New York.

2. I have personal knowledge of all matters stated herein and, if called as a witness I could competently testify thereto, except as to those matters stated upon information and belief and to those matters I believe them to be true.

3. Attached hereto as Exhibit 1 is a true and correct copy of the search result from the United States Copyright Office for Carl S. Perutz, dated March 20, 2008. I obtained the Copyright search result by printing it from the United States Copyright Office website on March 20, 2008.

4. Attached hereto as Exhibit 2 is a true and correct copy of the book "Marilyn Monroe" by author Janet Jackson. I obtained this copy of the book by downloading it from Pacer, item #100 in the Docket Report of the action Livingston v. Morgan, U.S. District Court, California Northern District, No. 06-CV-02389. I attempted to locate the book by internet search but was unsuccessful.

5. This book was electronically filed by William M. Simpich, Attorney for Plaintiff Pete Livingston in the California Action. Mr. Simpich's Declaration, which is Pacer item # 90 in the Docket Report of the California Action, states he obtained a true and correct copy of the book from defendant Nova Wines, Inc. in the course of discovery.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Executed in Brooklyn, New York April 5, 2008

Kenneth R. Silverman
Attorney for Defendants Keya Morgan
and Keya Gallery

# EXHIBIT 1



Help    Search    History    Titles    Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Perutz Carl
Search Results: Displaying 1 of 2 entries



Labeled View

### *Carl S. Perutz photos of Marilyn Monroe.*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0001266038 / 2004-08-03
**Title:** Carl S. Perutz photos of Marilyn Monroe.
**Description:** Digital contact sheets.
**Copyright Claimant:** Pete Livingston
**Date of Creation:** 1960
**Date of Publication:** 1999-09-21
**Authorship on Application:** Carl Perutz, 1921-1981.

**Names:** Livingston, Pete
Perutz, Carl, 1921-1981.



### Save, Print and Email (Help Page)

Select Download Format  Full Record        Format for Print/Save

Enter your email address: [                    ]        Email

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# EXHIBIT 2

# MARILYN MONROE

by Janet Jackson

## Published by Cornerstone Press

Copyright © 1972 by Janet Jackson
All Rights Reserved

PRINTED IN THE UNITED STATES OF AMERICA

INTRODUCTION

The following 53 photographs of Marilyn Monroe were taken in 1956 by Japanese-born fashion photographer Takashi Oyama, in New York City. We are very grateful to Kathy Smith for bringing them to our attention. Although a few of these photographs have been published in the past, this is the first time that they are being published in their entirety and made available to the public. It is safe to say that there will be something new here for even the most dedicated devotees of Marilyn, even though these photographs were taken approximately 15 years ago. We feel fortunate to be able to share them with you in this publication. We are forever indebted to Mr. Takashi Oyama for not only giving us the permission to publish these splendid photographs, but also for taking the time to share his memories with us.

This grouping of photographs represents an hour of Marilyn's life with a rare glimpse through the photographer's lens, exactly as the artist saw her. Most photographers would never show anyone their less than perfect shots, let alone dare to publish them. Though every single shot may not be considered a perfect portrait at first glance, they give us a candid inside view that allows us to see Marilyn as a real person. We can see she changed hats four times, pinned her hair up in some shots and let it down in others, and she even took two shots without her shirt.

3

Marilyn Monroe is considered the most photographed female of the 20th century, yet we still can't seem to get enough of her. Even though it would be nearly impossible to count the number of photographs that were taken of her or the amount of sittings that she gave to photographers, each new photograph we encounter is as exciting and refreshing as the first one we saw. There is a radiant quality about her photographs which transcends time and place. Her smile so innocent and sweet, her eyes so vulnerable, her facial expression so tender.

It is hard to believe that it is 10 years since she was taken away from us. At the time of her death she had reached the pinnacle of her career and was a role model for just about every girl under the sun. Her everlasting beauty is captured for all to see through these wonderful photographs.

NWP1-0143

The following is a Q&A with Takashi Oyama
who took these beautiful photographs of
Marilyn Monroe.

QUESTION: How did you meet Marilyn Monroe?

ANSWER: I met Ms. Marilyn Monroe through
my friend Warren Fischer.

QUESTION: Who was Warren Fischer and what
did he do?

ANSWER: Warren Fischer was a very good
friend and a good person. He worked on
Wall Street and was a stockbroker. I met
him at a fashion party in the early 1950s
and we became good friends.

QUESTION: What year did you take the
photographs of Marilyn Monroe?

ANSWER: 1956

QUESTION: What was the relationship be-
tween Marilyn Monroe and Warren Fischer?
Do you think they could have been lovers?

ANSWER: I think they were only friends
and I would never ask any private ques-
tions from him. I do remember that they
would have secret meetings every Friday
at the St. Regis to have a drink and to
talk. I never asked him what they spoke
about.

QUESTION: There are rumors that Warren
Fischer was being paid by the FBI or the
mafia to befriend Marilyn in order to spy

5

NWP1-0144

on her. Do you think there is any truth
to this?

ANSWER: No, I do not believe that Warren
was a FBI agent or unfit man. I have also
heard this from other people, but I do not
believe it. During World War Two every-
body thought that all the Japanese living
in the United States were spies but that
was obviously not true and it hurt a lot
of people. Even if he was a FBI agent, he
was a very nice man and would never hurt
anyone.

QUESTION: Why do you say that the meetings
were secret?

ANSWER: Because Warren never talked about
what he was saying to her and she was a big
movie star. I was very impressed and ex-
cited by the fact that Warren Fischer was
friends with Ms. Marilyn Monroe.

QUESTION: How many photographs did you
take at that sitting?

ANSWER: 53

QUESTION: Did you ever photograph her
again?

ANSWER: No, but Ms. Monroe told me she
liked my photographs a lot and that she
wanted me to photograph her again. After
she married Arthur Miller it got hard for
me and Warren to contact her. Mr. Miller
was very protective of her.

QUESTION:  Where were the photographs taken?

ANSWER:  I took the photographs in New York City at a studio I rented.

QUESTION:  What was it like to actually meet Marilyn Monroe?

ANSWER:  She was very beautiful.  She was also very kind, polite and a fun person to be around.  I will never forget that day, it was very special.  She made me feel like I was a very important person and she was just a girl.

QUESTION:  Which photograph is your favorite shot from this group?

ANSWER:  My favorite photograph is the one of Marilyn Monroe and Warren.  It brings back many good memories.  That is all I have now, memories.  My friend Warren died only a few years after Marilyn.  Two young people who are both gone now.

QUESTION:  Do you think that Marilyn Monroe could have been murdered?

ANSWER:  Yes, but I am not sure.

QUESTION:  There is a photograph of an unidentified man by himself.  Who is he, and why is his photograph in the middle of all the Marilyn shots?

ANSWER:  He was my assistant, and Ms. Monroe said she could be a photographer too.  She jumped up and ran to my camera

and photographed my assistant, it was very funny.

QUESTION: Did you make a lot of money from the photographs?

ANSWER: No, it was an honor to photograph Ms. Monroe, and I gave the negatives to my friend Warren as a thank you. Ms. Monroe also signed one of the photographs for me, which I still have.

QUESTION: Who is your favorite photographer?

ANSWER: I like Edward Steichen.

QUESTION: How did you get interested in photography?

ANSWER: My father gave me a camera when I was 10 years old, and I really liked it. After school, I decided to do what I really liked, which was photography. But my parents wanted me to become a doctor and photography is not a very prestigious job in Japan. I moved to the United States because of my girlfriend and became a fashion photographer in New York City. I think photography is an art if you do it correctly.

QUESTION: Is Marilyn Monroe as popular in Japan as she is in the United States?

ANSWER: Yes, very much. Maybe even more in Japan.

QUESTION: Do you have a favorite Marilyn

Monroe movie?

ANSWER:  Some Like it Hot.

Thank you very much for taking the time to
answer our questions.

9

NWP1-0148



NWP1-0149



11



NWP1-0151



NWP1-0152



NWP1-0153



N:WP1-0154



NWP1-0155



17

NWP1 0156





17

NWP1-0158



NWP1-0159





NWP1 0161



NWP1-0152



NWP1-0163



25

NWP1-0164



NWP1-0165



27

NWP1-0166





NWP1 0188



NWP1-0169



31

NWP1-0170



NWP1-0171



NWP1 0172



NWP1-0173



35

NWP1-0174



NWP1-0175



32

NWP1-0176



NWP1-0177



39

NWP1-0173



NWP1-0179





NWP1-0181



43

NWP1.0182





45

NWP1-0184



NWP1-0185







NWP1-C189



NWP1-0189



51

NWP1-0190



NWP1-0191




53

NWP1-0192





55

NWP1-0194



Even years after her death, Marilyn Monroe
continues to bring joy to the hearts of
millions of her fans and admirers around
the world. From her humble beginnings to
her untimely death, she maintained a royal
poise and dignity that was unsurpassed.
She was warm, funny, intelligent and most
importantly, a compassionate human being.
We hope that these wonderful photographs
have in some small way helped to memori-
alize the image of Marilyn Monroe at her
best.

NWP1-0195