Kenneth R. Silverman, Esq.
Attorney for Defendants Keya Morgan
And Keya Gallery
32 Middagh Street, #16
Brooklyn, NY 11201
(718) 852-3082

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

PETE LIVINGSTON,

      Plaintiff

v.

KEYA MORGAN AND KEYA GALLERY,

      Defendants,
_____X

ELECTRONICALLY FILED

No. 07 CV 7835 (RMB) (KNF)

DEFENDANTS KEYA MORGAN And KEYA GALLERY'S NOTICE OF MOTION AND MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT IN ITS ENTIRETY, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

## NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT PURSUANT TO FRCP 12 (b) (1) and 12 (b) (6)

PLEASE TAKE NOTICE that upon the annexed Memorandum of Points and Authorities, dated April 5, 2008, all Exhibits and Declarations attached thereto, and all pleadings in this matter, the Defendants KEYA MORGAN and KEYA GALLERY will and hereby does move this Court before the Honorable Judge Richard M. Berman, U.S.D.J., at the Courthouse, located at 40 Centre Street, Courtroom 706, New York, New York 10007, on submission, for an order pursuant to FRCP 12 (b) (1) and FRCP 12 (b) (6), dismissing the Second Amended Complaint in its entirety, for costs and reasonable attorneys' fees, together with such other and further relief as this Court deems just and proper. Pursuant to Judge Berman's instructions, Plaintiff has until April 23, 2008 to serve and file opposition papers.

1

Dated: April 5, 2008

S/ _____
Kenneth R. Silverman, Esq.
Attorney for Defendants Keya
And Keya Gallery
32 Middagh Street, #16
Brooklyn, NY 11201
(718) 852-3082

To: Steven Ward Williams, Esq./
Suzanne K. Lehman, Esq.
Smith, Sovik, Kendrik & Sugnet, P.C.
250 South Clinton Street
Syracuse, NY 13202
(315) 474-2911

William M. Simpich
1736 Franklin Street, 10th Floor
Oakland, CA 94612
(510) 444-0226

Tesfaye W. Tsadik
1736 Franklin Street, 10th Floor
Oakland, CA 94612
(510) 444-0226