UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X   ELECTRONICALLY FILED

PETE LIVINGSTON,                              No. 07 CV 7835 (RMB) (KNF)

       Plaintiff

                                                               CERTIFICATE OF SERVICE

v.

KEYA MORGAN AND KEYA
GALLERY,

       Defendants,
_____X

I Kenneth R. Silverman, Under Penalty of Perjury and the Laws Of the State of New York, declare and certify that I am and was on the dates herein mentioned, a citizen of the United States, over the age of eighteen, and not a party to the within action.

On April 7, 2008 I served the following documents: DEFENDANTS KEYA MORGAN AND KEYA GALLERY'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT IN ITS ENTIRETY, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS MOTION TO DISMISS THE COMPLAINT IN ITS ENTIRETY, DECLARATION OF KENNETH R. SILVERMAN IN SUPPORT OF DEFENDANTS MOTION TO DISMISS THE COMPLAINT IN ITS ENTIRETYwith Exhibit 1 and 2, DECLARATION OF KEYA MORGAN IN SUPPORT OF DEFENDANTS MOTION TO DISMISS THE COMPLAINT IN ITS ENTIRETY with Exhibit 1 by Regular mail, by depositing a true copy thereof in a postage paid envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed to attorneys for

Plaintiff as follows:

Steven Ward Williams, Esq./Suzanne Lehman, Esq.
Smith, Sovik, Kendrick & Sugnet, P.C.
250 South Clinton Street
Syracuse, NY 13202

William M. Simpich
1736 Franklin Street, Tenth Floor
Oakland, CA 94612

Tesfaye W. Tsadik
1736 Franklin Street, Tenth Floor
Oakland, CA 94612

I declare and certify under penalty of perjury and the laws of the State of New York that the foregoing is true and correct.

Dated: April 9, 2008

/S/
Kenneth R. Silverman