IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK.

| | | |
|---|---|---|
| PETE LIVINGSTON | ) | No. 07 CV 7835 (RMB) (KNF) |
| Plaintiff, | ) | |
| v. | ) | |
| KEYA MORGAN, KEYA GALLERY | ) | |

NOTICE OF APPEARANCE

Please enter the appearance of Matthew Bryant, Esq., Of-Counsel to Kenneth R. Silverman, as counsel of record for Defendants KEYA MORGAN and KEYA GALLERY in the above-captioned matter.

Dated: May 5, 2008

Respectfully submitted,

/s/ -   Matthew Bryant
Matthew Bryant, Of-Counsel to
Kenneth R. Silverman, Esq.
Attorney for Defendants Keya Morgan and
Keya Gallery
32 Middagh Street, #16
Brooklyn, NY 11201
(718) 852-3082
mattbryant@nysbar.com

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK.

| | | |
|---|---|---|
| PETE LIVINGSTON | ) | No. 07 CV 7835 (RMB) (KNF) |
| Plaintiff, | ) | |
| v. | ) | |
| KEYA MORGAN, KEYA GALLERY | ) | |

NOTICE OF APPEARANCE

Please enter the appearance of Matthew Bryant, Esq., Of-Counsel to Kenneth R. Silverman, as counsel of record for Defendants KEYA MORGAN and KEYA GALLERY in the above-captioned matter.

Dated: May 5, 2008

Respectfully submitted,

/s/ -    Matthew Bryant
Matthew Bryant, Of-Counsel to
Kenneth R. Silverman, Esq.
Attorney for Defendants Keya Morgan and
Keya Gallery
32 Middagh Street, #16
Brooklyn, NY 11201
(718) 852-3082
mattbryant@nysbar.com