UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PETE LIVINGSTON,

                                                   Plaintiff,

**Case No.:**
**07 CV 7835 (RMB/KNF)**

-against-

**NOTICE OF CHANGE OF ADDRESS**

KEYA MORGAN and KEYA GALLERY

                                                   Defendants.
-------------------------------------------------------------------X

To the Clerk of this court and all parties of record:

     Please take notice that the my address for appearances in the within action is the law office of Kenneth R. Silverman, Esq., 32 Middagh Street #16, Brooklyn, New York 11201.

     I certify that I am admitted to practice in this Court.

Dated: May 14, 2008

                                                  /s Matthew Bryant
                                                  Matthew Bryant (MB 2408)
                                                  Of Counsel to
                                                  Kenneth R. Silverman, Esq.
                                                  32 Middagh Street #16
                                                  Brooklyn, New York 11201
                                                  (718) 852-3082
                                                  mattbryant@nysbar.com