# SMITH, SOVIK, KENDRICK & SUGNET, P.C.

ATTORNEYS AT LAW

250 SOUTH CLINTON ST., SUITE 600
SYRACUSE, NEW YORK 13202-1252

FACSIMILE: 315-474-6015

STEVEN WARD WILLIAMS
Voice Mail Extension 108
swilliams@smithsovik.com

315-474-2911
INTERNET www.smithsovik.com

**RECEIVED** MAY 16 2008 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

**MEMO ENDORSED**

JOHN TIMOTHY SMITH (1902-1954)
NELSON J. SMITH (1923-1967)
MARTIN F. KENDRICK (1917-1983)
LAURENCE SOVIK (1904-1998)

WILLIAM E. SUGNET, RETIRED
JAMES A. O'SHEA, RETIRED

LAURENCE F. SOVIK
JAMES D. LANTIER
MICHAEL P. RINGWOOD
KEVIN E. HULSLANDER
ERIC G. JOHNSON
STEVEN WARD WILLIAMS
JAMES W. CUNNINGHAM
EDWARD J. SMITH, III
ROBERT P. CAHALAN
PATRICK B. SARDINO
BRANDON R. KING
GABRIELLE MARDANY HOPE
KRISTIN L. NORFLEET
KRISTEN M. BENSON
DAVID A. D'AGOSTINO
ALICIA M. TISDELL
DANIEL R. RYAN
KELLY C. MURRAY
SUZANNE K. LEHMAN
MICHELLE M. WESTERMAN
JOSE E. PEREZ

May 16, 2008

<u>VIA FACSIMILE - 212.805.6717</u>

Honorable Richard M. Berman
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: <u>Livingston v. Keya Morgan a/k/a Keyarash Mazhari, et al</u>
07 CV 7835 (RMB) (KNF)

Dear Judge Berman:

> Conference adjourned to 6/11/08 @ 9:00 A.M.
>
> SO ORDERED:
> Date: 5/16/08
> /s/ Richard M. Berman
> Richard M. Berman, U.S.D.J.

I've had some communications with defendant's attorney, Matt Bryant, regarding settlement. Although I think we've made some headway regarding our respective expectations and abilities with regard to settlement, we have not yet come to a resolution. We both believe, however, that some additional time to work on certain variables that are necessary for settlement would be helpful. For that reason, we respectfully request that the conference scheduled for next Monday, May 19, 2008, be adjourned for approximately four weeks. We believe the additional time will result in a far more productive conference with Your Honor. I am available to attend the conference on the following dates: June 2; 9; and 11.

Your Honor's time and attention to this matter are very much appreciated, and I look forward to hearing from you with regard to possibly rescheduling the conference.

Very truly yours,

/s/ Steven Ward Williams
Steven Ward Williams

c: Matt Bryant, Esq. (via facsimile)

USDC SDNY DOCUMENT ELECTRONICALLY FILED 5/16/08

ALFA
AMERICAN LAW FIRM ASSOCIATION

05/16/08 FRI 11:03 [TX/RX NO 8345]

# SMITH, SOVIK, KENDRICK & SUGNET, P.C.

ATTORNEYS AT LAW

250 SOUTH CLINTON ST., SUITE 600
SYRACUSE, NEW YORK 13202-1252

315-474-2911
INTERNET www.smithsovik.com

FACSIMILE: 315-474-6015

STEVEN WARD WILLIAMS
Voice Mail Extension 108
swilliams@smithsovik.com

May 16, 2008

JOHN TIMOTHY SMITH (1902-1964)
NELSON J. SMITH (1923-1967)
MARTIN F. KENDRICK (1917-1983)
LAURENCE SOVIK (1904-1998)

WILLIAM E. SUGNET, RETIRED
JAMES A. O'SHEA, RETIRED

LAURENCE F. SOVIK
JAMES D. LANTIER
MICHAEL P. RINGWOOD
KEVIN E. HULSLANDER
ERIC G. JOHNSON
STEVEN WARD WILLIAMS
JAMES W. CUNNINGHAM
EDWARD J. SMITH, III
ROBERT P. CAHALAN
PATRICK B. SARDINO
BRANDON R. KING
GABRIELLE MARDANY HOPE
KRISTIN L. NORFLEET
KRISTEN M. BENSON
DAVID A. D'AGOSTINO
ALICIA M. TISDELL
DANIEL R. RYAN
KELLY C. MURRAY
SUZANNE K. LEHMAN
MICHELLE M. WESTERMAN
JOSE E. PEREZ

## FAX TRANSMITTAL COVER SHEET

|  |  | **Fax Number** |
|---|---|---|
| TO: | Richard M. Berman, Esq. | 212.805.6717 |
|  | Matt Bryant, Esq. | 718.852-3082 |
| FROM: | Steven Ward Williams, Esq. | 315-474-6015 |
| DATE: | May 16, 2008 |  |
| SUBJECT: | Livingston v. Keya Morgan<br>Case No.: 07-CV-7835 |  |
| Page 1 of 2 | Client/Matter No.: 33660 |  |

Message:

If you have questions concerning the transmittal of this fax, please contact: Fran at (315) 474-2911.

___ Original will follow by: ___ Regular Mail ___ Express Mail ___ Hand Delivery

___ Original will not follow



ALFA
AMERICAN LAW FIRM
ASSOCIATION