# SMITH, SOVIK, KENDRICK & SUGNET, P.C.

JOHN TIMOTHY SMITH (1902-1964)
NELSON J. SMITH (1923-1967)
MARTIN F. KENDRICK (1917-1983)
LAURENCE SOVIK (1904-1998)

WILLIAM E. SUGNET, RETIRED
JAMES A. O'SHEA, RETIRED

LAURENCE F. SOVIK
JAMES D. LANTIER
MICHAEL P. RINGWOOD
KEVIN E. HULSLANDER
ERIC G. JOHNSON
STEVEN WARD WILLIAMS
JAMES W. CUNNINGHAM
EDWARD J. SMITH, III
ROBERT P. CAHALAN
PATRICK B. SARDINO
BRANDON R. KING
GABRIELLE MARDANY HOPE
KRISTIN L. NORFLEET
KRISTEN M. BENSON
DAVID A. D'AGOSTINO
ALICIA M. TISDELL
DANIEL R. RYAN
MICHAEL SPANO
KELLY C. MURRAY
SUZANNE K. LEHMAN
MICHELLE M. WESTERMAN
JOSE E. PEREZ

ATTORNEYS AT LAW

250 SOUTH CLINTON ST., SUITE 600
SYRACUSE, NEW YORK 13202-1252

315-474-2911
INTERNET www.smithsovik.com

FACSIMILE: 315-474-6015

STEVEN WARD WILLIAMS
Voice Mail Extension 108
swilliams@smithsovik.com

June 5, 2008

**Via Federal Express**
The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: Pete Livingston v. Keya Morgan and Keya Gallery
Case No. 07-CV-7835 (RMB) (KNF)

Dear Judge Berman:

This matter is scheduled for a conference with Your Honor on June 11, 2008 at 9:00 a.m. I respectfully request that this conference be adjourned. Plaintiff has hired another attorney, Jeff Taft, who will be primary counsel on the above referenced matter. We will be submitting a motion to have Mr. Taft admitted pro hac vice. Mr. Taft is unable to attend the June 11, 2008 conference. My office left a message for Defendants' counsel, Kenneth Silverman, to determine whether Defendants would consent to the adjournment, but I have not yet heard back from Mr. Silverman. Further, the parties continue to engage in settlement negotiations.

Based on the forgoing, I respectfully request that the conference scheduled for June 11, 2008, be adjourned to a later date. I fully realize the inconvenience this imposes upon the Court, and I apologize for same.

Thank you for your attention to this matter.

Respectfully submitted,

Steven W. Williams

SWW/
CC: Kenneth Silverman
    Matt Bryant


ALFA INTERNATIONAL
THE GLOBAL LEGAL NETWORK