UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LIVINGSTON,

        Plaintiff,

  - against -

MORGAN, et al.,

        Defendants.
------------------------------------------------------------x

07 Civ. 7835 (RMB) (KNF)

**ORDER OF DISCONTINUANCE**

Based upon the parties having reached a settlement on June 25, 2008, it is hereby

**ORDERED**, that the Defendant's Motion to Dismiss [#27] is hereby dismissed as moot and the above captioned action is hereby discontinued.

Dated: New York, New York
   June 25, 2008

                       Richard M. Berman, U.S.D.J.