UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIVINGSTON,

                Plaintiff(s),                07 Civ. 7835

  -against-                              **ORDER**

MORGAN,

                Defendant(s),
------------------------------------------------------------X

[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 6/25/08]

**Richard M. Berman, U.S.D.J.:**

    Counsel for Plaintiff and Defendant, having appeared in Court on June 25, 2008, and having advised the Court that the parties have settled, it is hereby

    **ORDERED**, the above-entitled action be, and the same hereby is, discontinued.

Dated: New York, New York
       June 25, 2008

                                              /s/ RMB
                                              Richard M. Berman, U.S.D.J.